NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1230

ARIBA, INC.,

Plaintiff-Appellee,

v.

EMPTORIS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 9:07-CV-90, Judge Ron Clark.

ON MOTION

ORDER

Upon consideration of Ariba, Inc.'s motion for an extension of time, out of time, to file its brief,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Emptoris, Inc. should calculate its reply brief due date from the date of filing of this order.

FOR THE COURT

JUN 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 25 2009

JAN HORBALY
CLERK

cc:     Robert T. Haslam, Esq.
        Michael T. Renaud, Esq.
s8